**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NICHOLAS JAMES WILLING,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　 )　　Case No.: 2:23-cv-00857-GMN-MDC
　　vs.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　**ORDER ADOPTING R&R**
FED JUDGE (RFB), *et al.*,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　)
　　　　　　　　　　　　　　　　　　)

　　　　Pending before the Court is the Report and Recommendation (R&R), (ECF No. 15), of United States Magistrate Judge Maximiliano D. Couvillier, III, which recommends the Court dismiss Plaintiff's Complaint, (ECF No. 1-1), without leave to amend.  Also pending before the Court is Plaintiff's Motion to Renew Motion for Recusal of Judge, (ECF No. 13).

　　　　A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

　　　　Here, no objections to the R&R were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 15) (setting February 14, 2024, deadline for objections).  The Court

therefore ADOPTS the R&R in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 15), is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint, (ECF No. 1-1), is **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Renew Motion for Recusal of Judge, (ECF No. 13), is **DENIED as moot**.

**The Court kindly instructs the Clerk of Court to close this case.**

Dated this  21  day of February, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court