UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS JAMES WILLING,<br><br>        Plaintiff,<br>vs.<br><br>FED JUDGE (RFB), *et al.*,<br><br>        Defendants. | Case No.: 2:23-cv-00857-GMN-MDC<br><br>**ORDER DENYING MOTIONS** |

      Plaintiff's Complaint, (ECF No. 1-1), was dismissed with prejudice and the Clerk was directed to close this case. (Order, ECF No. 22). Since then, Plaintiff has filed five new motions, (ECF Nos. 23–27). Even liberally construing these new motions as Rule 60(b) motions, Plaintiff provides no legal support for his argument which has been denied in many similar suits brought in this district. Plaintiff was convicted in Nye County and makes the general argument that Senate Bill 182 is unconstitutional because in 1951, three Nevada Justices sat on the commission to revise the Nevada Revised Statutes and were thus improperly delegated legislative powers. Even if SB 182 created a committee in 1951 that grouped laws of similar subject matter together in a logical order, this does not render the Nevada Revised Statutes unconstitutional, nor would it vacate Plaintiff's conviction. *See Taylor v. State*, 472 P.3d 195 (Nev. 2020) (table). As many other state and federal courts presented with the same argument have all found, the Legislative Counsel Bureau−which succeeded the statute revision commission−does not itself exercise a legislative function. *See, e.g.*, *Taylor*, 472 P.3d 195; *Wilson v. Nevada*, No. 2:22-cv-00978, 2022 WL 7553743, at *3 (D. Nev. Oct 13, 2022); *Beard v. Nevada*, No. 2:22-CV-01156, 2022 WL 17253788, at *2 (D. Nev. Nov. 23, 2022). Accordingly, there was no improper delegation of legislative authority.

**IT IS THEREFORE ORDERED** that Plaintiff's Motions for Preliminary Injunction, (ECF Nos. 26, 27), Motion for Temporary Restraining Order, (ECF No. 25), Motion for Pleading Special Matters, (ECF No. 24), and Motion to Strike, (ECF No. 23) are **DENIED** with prejudice.  This Case will remain **CLOSED.**

**DATED** this __29__ day of August, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court