UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NICHOLAS JAMES WILLING,

               Plaintiff,

vs.

FED JUDGE (RFB), *et al.*

               Defendants.

Case No.: 2:23-cv-00857-GMN-MDC

**ORDER**

      Pending before the Court is the "Omnibus Objection/Appeal of Magistrate Judge Order," (ECF No. 35), filed by Nicholas James Willing. Plaintiff objects to the Magistrate Judge's Order denying and striking two of Plaintiff's motions. (*See* Order, ECF No. 34). However, the Court has dismissed this case with prejudice and closed the case. (*See* Order, ECF No. 20). The Court will not consider this objection or any future filings because this case remains closed.

      Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Omnibus Objection/Appeal of Magistrate Judge Order, (ECF No. 35) is **DENIED.** The Court will not consider further motions in this closed case.

      The Clerk of Court is kindly directed to mail Plaintiff a copy of this Order.

      Dated this __8__ day of April, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court